## MARION v. CITY COUNCIL OF CHARLESTON.

DEMURRER.—A complaint stating several causes of action blended in one, is not subject to demurrer on that ground.

Before PURDY, J., Charleston, August, 1903.    Affirmed.

Action by Sophia S. Marion against City Council of Charleston.    From order overruling demurrer, defendant appeals.

*Mr. George H. Moffett,* for appellant, cites: 13 S. C., 324; 24 S. C., 475; 29 S. C., 180; 24 S. C., 44; 25 S. C., 513; Pom. on Rem., secs. 775, 456, 457; 42 S. C., 116; 37 S. C., 42; 26 S. C., 480; 8 How., 73; 1 State R., 96; 7 How., 236.

*Mr. John R. Bellinger,* contra, cites: Code Proc., 188, 463, 476; 48 S. C., 79; 28 S. C., 98; 29 S. C., 407; 13 S. C., 317; 22 S. C., 476; 49 S. C., 95; 64 S. C., 221.

March 23, 1904.    The opinion of the Court was delivered by

17—68

MR. JUSTICE GARY.   The question presented by the excep-
tions in this case is whether a complaint is subject to a de-
murrer, on the ground it appears upon the face of the
complaint that several causes of action have been improperly
united, when the allegations are set forth, in form, as a single
cause of action.

This question is conclusively settled by the case of *Cartin
v. R. R.,* 43 S. C., 221, 20 S. E., 979, in which the Court
uses this language: "If two causes of action were set forth
in the complaint, without being separately stated, the defend-
ant, it is true, had the right to make a motion, that the com-
plaint be made more definite and certain; or if allegations
were made which were unnecessary to sustain the cause of
action stated in the complaint, to make a motion to strike out
such allegations as irrelevant and as surplusage.   Pom. R. &
R. R., secs. 447, 451.   If the defendant waived said objec-
tions by failing to make such motions, then the plaintiff had
the right to the relief, to which all the allegations showed he
was entitled."

The foregoing case shows that a demurrer was not the
appellant's proper remedy.

It is the judgment of this Court, that the judgment of the
Circuit Court be affirmed.